UNITED STATES DISTRICT COURT
EASteRN DISTRICT OF WISCONSIN

---

KARL CHRISTOPHER WRIGHT, III,

                Plaintiff,

v.                                                     Case No. 19-cv-352-pp

MILWAUKEE COUNTY CIRCUIT COURT,

                Defendant.

---

**ORDER REQUIRING PLAINTIFF TO SUBMIT CERTIFIED TRUST ACCOUNT STATEMENT OR EXPLAIN WHY HE IS UNABLE TO DO SO**

---

      On March 8, 2019, plaintiff Karl Christopher Wright filed this lawsuit under 42 U.S.C. §1983. Dkt. No. 1. He also filed a motion to proceed without prepaying the filing fee. Dkt. No. 2. The Prison Litigation Reform Act ("PLRA") requires the court to assess an initial partial filing fee for incarcerated plaintiffs; the plaintiff must pay that fee if he the court to give him permission to proceed without prepaying the filing fee in its entirety. 28 U.S.C. §1915(b). The PLRA requires prisoner plaintiffs to submit a certified trust account statement for the six months preceding filing their lawsuit. 28 U.S.C. §1915(a)(2). The plaintiff, however, did not file a copy of his trust account statement when he filed his request to proceed without prepaying the fee. On March 11, 2019, the clerk's office sent a letter to the plaintiff, asking him to file his trust account statement. Dkt. No. 3. To date, the plaintiff has not done so. The court will give the plaintiff a final chance to provide the court with his trust account statement, or to explain why he cannot do so. If the court does not

1

receive a copy of the plaintiff's trust account statement for the period from September 1, 2018 through February 28, 2019, or a written explanation from the plaintiff about why he can't provide the statement, by the deadline the court sets below, the court will dismiss his case for his failure to diligently pursue it.

The court **ORDERS** that by the end of the day on **September 27, 2019**, the plaintiff must file either his trust account statement for September 1, 2018 through February 28, 2019 or a written explanation of why he cannot provide it; the plaintiff must file one or the other of these documents in time for the *court to receive it* by the end of the day on September 27, 2019. If the court does not receive the trust account statement or explanation by the end of the day on September 6, 2019, the court will dismiss the plaintiff's case for failure to diligently pursue it. Civ. L.R. 41(c).

Dated in Milwaukee, Wisconsin, this 30th day of August, 2019.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER**
**United States District Judge**