UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

KARL CHRISTOPHER WRIGHT, III,

        Plaintiff,

v.                                                          Case No. 19-cv-352-pp

MILWAUKEE COUNTY CIRCUIT COURT,

        Defendant.

---

## ORDER DISMISSING CASE

---

On October 29, 2020, the court issued an order requiring the plaintiff to file an amended complaint. Dkt. No. 6. The court explained to the plaintiff what he needed to do to file the amended complaint. Id. at 7. It warned the plaintiff that if the court did not receive the amended complaint by the end of the day on December 4, 2020, the court would dismiss the case based on the plaintiff's failure to state a claim and would assess him a strike under 28 U.S.C. §1915(g). Id. at 8. The court has not received the amended complaint.

The court **ORDERS** that this case is **DISMISSED** for failure to comply with the court's order to file an amended complaint and for failure to state a claim upon which a federal court may grant relief. The clerk will enter judgment accordingly.

The court **ORDERS** the Clerk of Court to document that the plaintiff has been assessed a "strike" under 28 U.S.C. §1915(g).

1

This order and the judgment to follow are final. A dissatisfied party may appeal this court's decision to the Court of Appeals for the Seventh Circuit by filing in this court a notice of appeal within 30 days of the entry of judgment. See Fed. R. of App. P. 3, 4. This court may extend this deadline if a party timely requests an extension and shows good cause or excusable neglect for not being able to meet the 30-day deadline. See Fed. R. App. P. 4(a)(5)(A).

Under limited circumstances, a party may ask this court to alter or amend its judgment under Federal Rule of Civil Procedure 59(e) or ask for relief from judgment under Federal Rule of Civil Procedure 60(b). Any motion under Federal Rule of Civil Procedure 59(e) must be filed within 28 days of the entry of judgment. The court cannot extend this deadline. See Fed. R. Civ P. 6(b)(2). Any motion under Federal Rule of Civil Procedure 60(b) must be filed within a reasonable time, generally no more than one year after the entry of the judgment. The court cannot extend this deadline. See Fed. R. Civ. P. 6(b)(2).

The court expects parties to closely review all applicable rules and determine, what, if any, further action is appropriate in a case.

Dated in Milwaukee, Wisconsin this 8th day of December, 2020.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER**
**Chief United States District Judge**